## BRADESKU *v.* BRADESKU

No. 238.   Decided October 13, 1969

*A. Albert Perelman* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## MAINE ET AL. *v.* SHONE

No. 261.   Decided October 13, 1969

*James S. Erwin,* Attorney General of Maine, and *John W. Benoit, Jr.,* Assistant Attorney General, for appellants.

PER CURIAM.

The motion of the appellee for leave to proceed *in forma pauperis* is granted.   The judgments of the United States Court of Appeals for the First Circuit and the United States District Court for the District of Maine are vacated and the case is remanded to said United States District Court with directions to dismiss the case as moot.